*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY MULLINEAUX,<br><br>          Plaintiff,<br><br>   v.<br><br>SMURFIT-STONE CONTAINER CORPORATION, et al.,<br><br>          Defendants. | Case No. CV 12-6216-GW(PJWx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: May 2, 2013

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT